SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Frederick Walker

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FREDERICK WALKER**,** | Case No.: 2:18-cv-00702-JAM-AC |
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT .BANK OF AMERICA, N.A. |
| v. | |
| BANK OF AMERICA, N.A.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Frederick Walker and defendant Bank of America, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal within 21 days once the settlement is finalized.

Dated:   May 1, 2018

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff